DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTONIO DEVON MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0263

_____

April 16, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.